Bernard E. Epton, Appellant, v. Richard B. Vail, Appellee.

Gen. No. 46,327.  (Abstract of Decision.)

Harry G. Fins, for appellant; Kirkland, Fleming, Green, Martin & Ellis, and Halfpenny & Hahn, for appellee; Howard Ellis, John B. Martineau, and Don H. Reuben, of counsel. Opinion by PRESIDING JUSTICE NIEMEYER. Not to be published in full. Opinion filed May 3, 1954; released for publication May 27, 1954.

Frances Cheslog, a Minor, by Arthur Cheslog, her Father and Next Friend, and Arthur Cheslog, Appellees, v. Lucille T. Lautz, Appellant.

Gen. No. 46,265.  (Abstract of Decision.)

Crowe, Yates, Abrahamson & Fisk, for appellant; Burt A. Crowe, of counsel; Mages & Sachs, for appellees; Jack L. Sachs, of counsel. Opinion by JUSTICE BURKE. Not to be published in full. Opinion filed May 3, 1954; rehearing denied May 26, 1954; released for publication May 27, 1954.

## Agnes Wisla, Appellee, v. Edward F. Fry, Appellant.

## Gen. No. 46,152.  (Abstract of Decision.)

Hinshaw, Culbertson, Moelmann & Hoban, for appellant; Oswell G. Treadway, of counsel; Heineke & Conklin, for appellee; William H. Schrader, and Richard G. French, of counsel. Opinion by JUSTICE FRIEND. Not to be published in full. Opinion filed May 3, 1954; rehearing denied May 26, 1954; released for publication May 27, 1954.